```
GLENN B. MCCORMICK
Acting United States Attorney
District of Arizona
ERICA L. SEGER
Assistant U.S. Attorney
State Bar No. 022681
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
erica.seger@usdoj.gov
Attorneys for Plaintiff
```

FILED

2021 SEP 22 PM 1:36

[CLERK US DISTRICT COURT
DISTRICT OF ARIZONA]

CR21-02450 TUC-JCH(LAB)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Christopher Coleman <br><br> Defendant. | No. <br><br> **INDICTMENT** <br><br> VIO: 18 U.S.C. §§ 2252(a)(2) and (b)(1) <br> (Distribution of Child Pornography) <br> Count 1 <br><br> 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) <br> (Possession of Child Pornography) <br> Counts 2 - 5 <br><br> 18 U.S.C. § 2253 <br> Forfeiture |

VICTIM CASE

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>

**DISTRIBUTION OF CHILD PORNOGRAPHY**

Between on or about December 28, 2019 and on or about December 29, 2019, in the District of Arizona, Defendant CHRISTOPHER COLEMAN, using any means or facility of interstate or foreign commerce, did knowingly distribute child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), which depicted pre-pubescent minors and which depicted such conduct, which had been shipped and transported in interstate or foreign commerce by means of computer, or otherwise, including, but not limited to files entitled:

1     "(Kingpass)Babyj Hotdog.mpg"

2     "(PTHC)Moscow #45 Compliation.mpg"

3     "(Lordofthering)-Open-f62.mpg"

4   All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT TWO

## POSSESSION OF CHILD PORNOGRAPHY

On or about February 6, 2020, in the District of Arizona, Defendant CHRISTOPHER COLEMAN did knowingly possess child pornography, that is, visual depictions, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, and which depicted pre-pubescent minors, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was produced using materials which had been mailed and shipped and transported in interstate and foreign commerce, that is, CHRISTOPHER COLEMAN knowingly possessed on a XGODY Mate RS cellular phone, IMEI 35501112346952720, s/n Q32C720190900038, images of child pornography, including, but not limited to, the following files:

    "Picture_1_23.jpg"

    "opca) pthc 2015 – 2 little girls suck mans dick so (good) [omg – more!! please!].avi"

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## COUNT THREE

## POSSESSION OF CHILD PORNOGRAPHY

On or about February 6, 2020, in the District of Arizona, Defendant CHRISTOPHER COLEMAN did knowingly possess child pornography, that is, visual depictions, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section

2256(2), and which depicted such conduct, and which depicted pre-pubescent minors, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was produced using materials which had been mailed and shipped and transported in interstate and foreign commerce, that is, CHRISTOPHER COLEMAN knowingly possessed on a iPod 5G, images of child pornography, including, but not limited to, the following files:

"IMG_0773_2.JPG"

"IMG_0774_1.JPG"

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## COUNT FOUR

## POSSESSION OF CHILD PORNOGRAPHY

On or about February 6, 2020, in the District of Arizona, Defendant CHRISTOPHER COLEMAN did knowingly possess child pornography, that is, visual depictions, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, and which depicted pre-pubescent minors, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was produced using materials which had been mailed and shipped and transported in interstate and foreign commerce, that is, CHRISTOPHER COLEMAN knowingly possessed on a red and gray 64 GB SanDisk Ultra SD card, images of child pornography, including, but not limited to, the following files:

"_AIT_~1.MP4"

"Ptsc 8Yo 9Yo 10Yo 11Yo 12Yo Pthc (Pedo) ((Lolitaguy)) Teen Kids Lolita Cynep Kayectbo!!!.avi"

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## COUNT FIVE

## POSSESSION OF CHILD PORNOGRAPHY

On or about February 6, 2020, in the District of Arizona, Defendant CHRISTOPHER COLEMAN did knowingly possess child pornography, that is, visual depictions, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, and which depicted pre-pubescent minors, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was produced using materials which had been mailed and shipped and transported in interstate and foreign commerce, that is, CHRISTOPHER COLEMAN knowingly possessed on a White 16GB Lexar USB, images of child pornography, including, but not limited to, the following files:

"bathtime with daddy- 3yo"

"(Pthc) TF-BTF-01 - Man Gets In Bed With Hot 7yo.mpg"

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts One through Five of this Indictment, defendant, CHRISTOPHER COLEMAN, shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, any and all matter which contains any visual depictions, which were produced, transported, mailed, shipped or received; and any and all property, real or personal, used or intended to be used to commit or to promote the commission of the offenses; and any property, real or person, used or intended to be used to commit or to promote the commission of the offenses or any property traceable to such property, including but not limited to:

1. one XGODY Mate RS cellular phone, IMEI 3550112346952720, s/n Q32C720190900038;

2. one iPod 5G;

3. one 64 GB SanDisk Ultra SD card;
4. one white 16GB Lexar USB;
5. one Amazon Fire tablet, model SV381N;
6. one HP Envy 23 Touchsmart AIO PC SN # 2MD3240029;
7. one LG phone IMEI 352130090483305;
8. one LG MP260 IMEI 352130090387431;
9. one Lexar 16G micro SD card;
10. one Sandisk ultra 32G white and grey drive; and
11. one Dell Laptop.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 2253, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Dated: September 22, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

s/
ERICA L. SEGER
Assistant U.S. Attorney

*United States of America v. Coleman*
*Indictment Page 5 of 5*